UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES D. NOLES, II, ) | |
| ) | Case No. 3:22-cv-297 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| INTERNAL REVENUE SERVICE and ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

For the reasons stated in the contemporaneously filed memorandum opinion, this action is **DISMISSED WITHOUT PREJUDICE** for failure to serve, pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of Court is **DIRECTED** to **CLOSE** the case.

                                          **/s/ *Travis R. McDonough***
                                          **TRAVIS R. MCDONOUGH**
                                          **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT